BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600

Attorney for Defendant
VONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-01-20154 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| RICKY VONG, et al, | |
| Defendant. | |
| _____/ | |

Defendant RICKY VONG and the United States hereby stipulate that the sentencing date in this matter, now scheduled for April 21, 2011 at 10:00 a.m., may be continued to June 23, 2011 at 10:00 a.m.

The reason for the continuance is that counsel for the defendant has been in trial in San Francisco Superior Court in *People v. Nelson Barrera* from January 14, 2011 through March 16, 2011 and there has been insufficient time to complete the pre-sentence investigation prior to the current sentencing date. The new date requested reflects the availability of both counsel while considering their future trial schedules.

Date: April 4, 2011


 /s/
_____
BRENDAN CONROY
Attorney for Defendant

1

1  /s/_____
SHAWNA YEN
2  Assistant United States Attorney

     GOOD CAUSE APPEARING, the sentencing in this matter is continued from April 21, 2011 at 10:00 a.m. to June 23, 2011 at 10:00 a.m.

Date  4/20/11
_____

_____
UNITED STATES DISTRICT COURT

2