BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600

Attorney for Defendant
VONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | NO. CR-01-20154 JF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| RICKY VONG, et al, | |
| Defendant. | |

Defendant RICKY VONG and the United States hereby stipulate that the sentencing date in this matter, now scheduled for June 30, 2011 at 3:30 p.m., may be continued to August 4, 2011 at 10:00 a.m.

The reason for the continuance is that there has been insufficient time to complete the pre-sentence investigation given the number of related cases now awaiting sentencing, and the unavailability of counsel to complete all necessary tasks prior to the current sentencing date.

Date: June 10, 2011


 /s/
─────────────────
BRENDAN CONROY
Attorney for Defendant

1

1  /s/_____
   SHAWNA YEN
2  Assistant United States Attorney

3

4

5          GOOD CAUSE APPEARING, the sentencing in this matter is continued from June 30, 2011

   at 3:30 p.m. to August 4, 2011 at 10:00 a.m.
6
   Date___6/15/11_____
7

8
                                              _____
9                                             UNITED STATES DISTRICT COURT
10

2